PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC. and PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SPIEGEL ACCOUNTANCY CORP., JEFFREY SPIEGEL, RYAN SPIEGEL and SAC ADVISORY GROUP, LLC, <br><br> Defendants. | CASE NO. 23-cv-00287-VC <br><br> **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge:         Hon. Vince Chhabria <br><br> Action Filed:  January 19, 2023 <br> Trial Date:    Not Set |

Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC ("Defendants") respectfully submit this Administrative Motion to Reschedule the Initial Case Management Conference, which is currently set for May 19, 2023.

/ / /

/ / /

On February 17, 2023, Defendants filed a Motion to Dismiss the Complaint of Plaintiffs Ellusionist Cash Balance Plan and Trust, Uyen Huhyn, Southwest Investments Funds, LLC, AVR Group, LLC, Trident Asset Management, Inc. and Phoenix Affordable Housing Authority, LLC ("Plaintiffs"). ECF 11.

On March 30, 2023, the Court dismissed the Plaintiffs' Complaint, and granted Plaintiffs leave to file an Amended Complaint until April 27, 2023. ECF 26.

On April 26, 2023, Plaintiffs filed a First Amended Complaint ("FAC"). ECF 32. Defendants will file a Motion to Dismiss the FAC on or before May 8, 2023, the hearing of which will be noticed for June 22, 2023.

Defendants respectfully request that the Court reschedule the Initial Case Management Conference and the related Rule 26(f) Report cut-off date for a date after the hearing on Defendants' Motion to Dismiss. In the interest of judicial economy and to avoid unnecessary attorney's fees for the parties, the Conference should not proceed until the case is at-issue. Plaintiffs refused Defendants' request to stipulate to the relief requested in this Administrative Motion. The date of the Initial Case Management Conference was previously continued on April 7, 2023. ECF 31.

Dated: May 4, 2023

BALDWIN MADER LAW GROUP

By: _____
Patrick Baldwin, Esq.
Christopher Mader, Esq.
*Attorneys for Defendants*
*Spiegel Accountancy Corporation,*
*Jeffrey Spiegel, Ryan Spiegel*
*and SAC Advisory Group, LLC*