PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC. and PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SPIEGEL ACCOUNTANCY CORP., JEFFREY SPIEGEL, RYAN SPIEGEL and SAC ADVISORY GROUP, LLC, <br><br> Defendants. | CASE NO. 23-cv-00287-VC <br><br> [PROPOSED] ORDER |

Good cause having been shown, Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC's ("Defendants") Administrative Motion to Reschedule Initial Case Management Conference is GRANTED.

The Court Orders the following:

/ / /

(1) The parties shall meet and confer regarding initial disclosures, early settlement, ADR Process selection and discovery plan on or before _____, 2023.

(2) The parties shall submit a Rule 26(f) Report on or before _____, 2023.

(3) The Initial Case Management Conference is scheduled for _____, 2023.

**IT IS SO ORDERED.**

Dated:  May __, 2023

_____
Judge of the District Court