# UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. <br><br> Defendants. | CASE NO. 3:23-cv-00287 <br><br> **[PROPOSED] ORDER** |

Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC's ("Defendants") Administrative Motion to Reschedule Initial Case Management Conference is DENIED.

This Court Orders the following:

1. The Parties shall adhere to the deadlines set in this Court's April 7, 2023 Order Rescheduling the Initial Case Management Conference . (ECF. No. 31).

**IT IS SO ORDERED.**


Dated: May __, 2023

_____
District Judge Vince Chhabria