PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC. and PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>  Plaintiffs,<br><br>   v.<br><br>SPIEGEL ACCOUNTANCY CORP., JEFFREY SPIEGEL, RYAN SPIEGEL and SAC ADVISORY GROUP, LLC,<br><br>  Defendants. | CASE NO. 23-cv-00287-VC<br><br>REPLY RE: ADMINISTRATIVE MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge:          Hon. Vince Chhabria<br><br>Action Filed:  January 19, 2023<br>Trial Date:     Not Set |

Defendants hereby Reply to the Plaintiffs' Opposition to Administrative Motion to Reschedule the Initial Case Management Conference. On May 8, 2023, Defendants will file their Motion to Dismiss the Plaintiffs' First Amended Complaint ("FAC"), the hearing of which will be noticed for June 22, 2023. Defendants' Motion to Dismiss will be dispositive of the entire case, as the FAC suffers the same pleading defects that plagued the original Complaint. Each of the Plaintiffs' causes

of action based upon federal law must be dismissed under FRCP Rule 12(b)(6), and thus there is no basis for federal question jurisdiction under 15 U.S.C. §1331.  Defendants respectfully submit that it makes little sense for the parties to prepare and appear for an Initial Case Management Conference given the foregoing.

Dated:  May 5, 2023                                       BALDWIN MADER LAW GROUP

By: _____
Patrick Baldwin, Esq.
Christopher Mader, Esq.
*Attorneys for Defendants*
*Spiegel Accountancy Corporation,*
*Jeffrey Spiegel, Ryan Spiegel*
*and SAC Advisory Group, LLC*