LOFTUS & EISENBERG, LTD.
ALEXANDER N. LOFTUS, ESQ. (admitted *pro hac vice*)
ROSS M. GOOD, ESQ. (*pro hac vice*)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, California 93101
T: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. <br><br> Defendants. | CASE NO. 3:23-cv-00287-AMO <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONVERT THE IN-PERSON HEARING ON MOTION TO DISMISS TO BE A ZOOM HEARING** <br><br> Date:  August 17, 2023 <br> Time:  2:00 p.m. <br> Courtroom: 10 — 19th Floor <br> Judge:  Hon. Araceli Martínez-Olguín |

Plaintiffs' Administrative Motion to Convert Hearing to be Conducted via ZOOM

1. Pursuant to Civil Local Rule 7-11, Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs") move the Court to move the in-person hearing on JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants") Motion to Dismiss (ECF No. 36) scheduled for 2:00 PM on August 17, 2023 to be conducted via ZOOM. This Court stated that "[a]bsent agreement, requests to appear by video conference may be entertained upon a compelling showing of good cause."

Counsel for Plaintiffs and Defendants are based outside the Northern District of California. Plaintiffs' Counsel resides in Cook County, Illinois and Defendants counsel are based in Los Angeles County, California.

This hearing was previously scheduled, by agreement of the Parties, on June 22, 2023. (ECF No. 36). Plaintiffs moved to convert the hearing to be a ZOOM hearing. (ECF No. 46). The Court denied the Motion and rescheduled the hearing for August 17, 2023. (ECF. No. 47). Undersigned Counsel has family commitments requiring his presence in Omaha, Nebraska on August 17, 2023.

Traveling to attend this hearing in-person, which was rescheduled without input from the Parties constitute a showing of a good cause to grant the relief sought herein.

Moreover, the present motion is a 12(b)(6) dealing with several questions of law and is by its very nature not fact or document intensive.

Counsel for Defendants do not oppose the relief sought in this Administrative Motion.

Dated:  July 25, 2023                             Respectfully submitted,

**LOFTUS & EISENBERG, LTD.**

By:   /s/*Ross M. Good*
        Ross M. Good
        Attorneys for Plaintiffs



Ross M. Good, Esq. (to be admitted *pro hac vice*)
Alexander N. Loftus, Esq. (admitted *pro hac vice*)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 899-6625
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

William Aron, Esq.
ARON LAW FIRM
15 W Carrillo St, Suite 217
Santa Barbara, CA 93101
T: (805) 618-1768
bill@aronlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 25, 2023.

By: /s/*Ross M. Good*
Ross M. Good
Attorneys for Plaintiffs

Ross M. Good, Esq.
Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
ross@loftusandeisenberg.com
alex@loftusandeisenberg.com