**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP.<br><br>Defendants. | CASE NO. 3:23-cv-00287-AMO<br><br>**[PROPOSED] ORDER** |

Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs"), Administrative Motion requesting the Court to move the in-person hearing on Defendants', JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants"), Motion to Dismiss (ECF No. 36) scheduled for 2:00 PM on August 17, 2023 to be conducted via ZOOM is GRANTED.

**IT IS SO ORDERED**

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge