| | |
|---|---|
| LOFTUS & EISENBERG, LTD. | PATRICK BALDWIN, ESQ. (SBN 93337) |
| ALEXANDER N. LOFTUS, ESQ. | CHRISTOPHER MADER, ESQ. (SBN 199605) |
| (admitted *pro hac vice*) | BALDWIN MADER LAW GROUP |
| ROSS M. GOOD, ESQ. (*pro hac vice*) | 516 NORTH SEPULVEDA BOULEVARD |
| 161 N. Clark, Suite 1600 | MANHATTAN BEACH, CA 90266 |
| Chicago, Illinois 60601 | PHONE: (310) 363-2031 |
| T: (312) 772-5396 | *Attorneys for Defendants* |
| alex@loftusandeisenberg.com | |
| ross@loftusandeisenberg.com | |

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, California 93101
T: (805) 618-1768
bill@aronlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. <br><br> Defendants. | CASE NO. 3:23-cv-00287-AMO <br><br> **STIPULATION AND [PROPOSED] ORDER** |

1      Pursuant to Civil Local Rule 7-12, Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs"), and Defendants, JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants"), request the Court to move the in-person hearing on Motion to Dismiss (ECF No. 36) scheduled for 2:00 PM on August 17, 2023 to be conducted via ZOOM.

NOW, THEREFORE, Plaintiffs and Defendants stipulate and respectfully requuest the Court to move the in-person hearing on Motion to Dismiss (ECF No. 36) scheduled for 2:00 PM on August 17, 2023 to be conducted via ZOOM

Dated:  July 25, 2023                              Respectfully submitted,

| /s/*Christopher Mader* | /s/*Ross M. Good* |
|---|---|
| Christopher Mader | Ross M. Good |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| PATRICK BALDWIN, ESQ. (SBN 93337)<br>CHRISTOPHER MADER, ESQ. (SBN 199605)<br>BALDWIN MADER LAW GROUP<br>516 NORTH SEPULVEDA BOULEVARD<br>MANHATTAN BEACH, CA 90266<br>PHONE: (310) 363-2031 | Ross M. Good, Esq. (admitted *pro hac vice*)<br>Alexander N. Loftus, Esq. (admitted *pro hac vice*)<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, Illinois 60601<br>T: (312) 899-6625<br>alex@loftusandeisenberg.com<br>ross@loftusandeisenberg.com<br><br>William Aron, Esq.<br>ARON LAW FIRM<br>15 W Carrillo St, Suite 217<br>Santa Barbara, CA 93101<br>T: (805) 618-1768<br>bill@aronlawfirm.com |

**FILER'S ATTESTATION**

I, Ross M. Good, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                                /s/*Ross M. Good*
                                    Ross M. Good
                                    Attorneys for Plaintiffs

                                    Ross M. Good, Esq. (admitted *pro hac vice*)
                                    Alexander N. Loftus, Esq. (admitted *pro hac vice*)
                                    LOFTUS & EISENBERG, LTD.
                                    161 N. Clark, Suite 1600
                                    Chicago, Illinois 60601
                                    T: (312) 899-6625
                                    alex@loftusandeisenberg.com
                                    ross@loftusandeisenberg.com

                                    William Aron, Esq.
                                    ARON LAW FIRM
                                    15 W Carrillo St, Suite 217
                                    Santa Barbara, CA 93101
                                    T: (805) 618-1768
                                    bill@aronlawfirm.com

# UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. <br><br> Defendants. | CASE NO. 3:23-cv-00287-AMO <br><br> **[PROPOSED] ORDER** |

Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs"), Administrative Motion requesting the Court to move the in-person hearing on Defendants', JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants"), Motion to Dismiss (ECF No. 36) scheduled for 2:00 PM on August 17, 2023 to be conducted via ZOOM is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge