# EXHIBIT B



1inMM Capital, LLC Overview

Here is a snapshot overview of 1inMM Capital to date:

- Founded in 2014
- Sister company to 1inMM Productions
- Acquires the Latin American distribution rights for all windows of distribution
- All acquisitions are under $750,000.00. Films over $750,000.00 are bought by 1inMM Productions.
- Licenses all films to either HBO/Netflix or SONY in Latin America.
- Acquired and successfully licensed 11 films in 2014 / 38 in 2015 / 92 in 2016*
- Zero defaults on outstanding participation agreements
- $50+MM of deployed capital in fiscal 2016
- Company headed up by Zach Horwitz and Craig Cole

*(27 Netflix / 50 HBO / 15 SONY) - 2016

Examples:

Deal with SAC Advisory Group, LLC (6 month turnaround with HBO)

| Maturity | Participation Advance | Participation Fee | Profit | Return (%) |
|---|---|---|---|---|
| 2/22/2017 | $ 342,600 | $ 450,350 | $ 107,750 | 31.45% |

5 additional participation agreements done with 1inMM Capital at the end of 2016 with other investors (All 6 month turnarounds with HBO).

| Maturity | Participation Advance | Participation Fee | Profit | Return (%) |
|---|---|---|---|---|
| 10/1/2016 | $ 725,500 | $ 943,000 | $ 217,500 | 29.98% |
| 10/19/2016 | $ 680,750 | $ 881,571 | $ 200,821 | 29.50% |
| 10/27/2016 | $ 210,000 | $ 271,740 | $ 61,740 | 29.40% |
| 11/11/2016 | $ 615,000 | $ 793,350 | $ 178,350 | 29.00% |
| 11/11/2016 | $ 635,000 | $ 822,325 | $ 187,325 | 29.50% |
| **Total** | $ 2,866,250 | $ 3,711,986 | $ 845,736 | 29.48% |

**Annualized average return of 58.96%**