PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC. and PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPIEGEL ACCOUNTANCY CORP., JEFFREY SPIEGEL, RYAN SPIEGEL and SAC ADVISORY GROUP, LLC,<br><br>  Defendants. | CASE NO. 23-cv-00287-VC<br><br>**DECLARATION OF JEFFREY SPIEGEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:          December 28, 2023<br>Time:         2:00 p.m.<br>Courtroom:  10<br>Judge:        Hon. Araceli Martínez-Olguín<br><br>Action Filed:  January 19, 2023<br>Trial Date:     Not Set |

I, JEFFREY SPIEGEL, declare:

1.      I am a Defendant in the above-entitled action and make this declaration in support of the Defendants' Motion to Dismiss Second Amended Complaint filed herewith.

2.      Defendant SAC Advisory Group, LLC is a California limited liability company based in Pleasant Hill, California.  Defendant Ryan Spiegel and I co-founded SAC Advisory Group, LLC and are the company's Managers.

3.      I also founded Defendant Spiegel Accountancy Corporation, a Pleasant Hill accounting firm.  Other than providing basic tax accounting services to SAC Advisory Group, LLC, Spiegel Accountancy Corporation has no connection to the company.

These facts are within my personal knowledge and if called as a witness I can competently testify thereto.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me, at  Walnut Creek   CA                         , this 12th day of September, 2023.

JEFFREY SPIEGEL