LOFTUS & EISENBERG, LTD.
ALEXANDER N. LOFTUS, ESQ. (admitted *pro hac vice*)
ROSS M. GOOD, ESQ. (admitted *pro hac vice*)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, California 93101
T: (805) 618-1768
bill@aronlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP.<br><br>Defendants. | CASE NO. 3:23-cv-00287-AMO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION REQUESTING ADDITIONAL PAGES FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:       February 15, 2024<br>Time:      2:00 p.m.<br>Courtroom: 10 — 19th Floor<br>Judge:     Hon. Araceli Martínez-Olguín |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-11, Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs") request an additional 5 pages for their response in opposition to the Motion to Dismiss filed by JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants") (ECF No. 54). |

According to Local Rule 7-4(b), "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text." The present motion is a 12(b)(6) dealing with several complex questions of law and identifies 10 issues to be decided by this Court. Defendants made every plausible (and many implausible) arguments in their 24 page brief and hundreds of pages of exhibits that, despite careful drafting, still requires 30 pages to competently address in Plaintiffs' Response in Opposition.

The Parties met and conferred on September 15, 2023 regarding the relief sought herein. Counsel for Defendants oppose the relief sought in this Administrative Motion. (Declaration of Ross Good at ¶¶ 2-3).

Dated: September 17, 2023
                                              Respectfully submitted,
                                              LOFTUS & EISENBERG, LTD.

                                              By:   /s/*Ross M. Good*
                                                      Ross M. Good
                                                      Attorneys for Plaintiffs

Ross M. Good, Esq. (admitted *pro hac vice*)
Alexander N. Loftus, Esq. (admitted *pro hac vice*)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 899-6625
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com



**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2023.

By:   /s/*Ross M. Good*
      Ross M. Good
      Attorneys for Plaintiffs

Ross M. Good, Esq.
Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
ross@loftusandeisenberg.com
alex@loftusandeisenberg.com

Plaintiffs' Administrative Motion Requesting Additional Pages
for Plaintiffs' Response in Opposition to Motion to Dismiss
2

