LOFTUS & EISENBERG, LTD.
ALEXANDER N. LOFTUS, ESQ. (admitted *pro hac vice*)
ROSS M. GOOD, ESQ. (admitted *pro hac vice*)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, California 93101
T: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. <br><br> Defendants. | CASE NO. 3:23-cv-00287-AMO <br><br> **DECLARATION OF ROSS GOOD IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION REQUESTING ADDITIONAL PAGES FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Date: February 15, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 10 — 19th Floor <br> Judge: Hon. Araceli Martínez-Olguín |

1   I, Ross M. Good, declare:

2   1.   I am an counsel for Plaintiffs, and am admitted *pro hac vice* in this action. I have

3   personal knowledge of the following and could competently testify thereto if called upon to do so.

4   2.   On September 15, 2023, I met and conferred via email with Counsel for Defendants

5   regarding Defendants' position on Plaintiffs' request for an additional 5 pages for Plaintiffs'

6   Response in Opposition to Defendants' Motion to Dismiss.

7   3.   Counsel for Defendants informed me that Defendants did not consent to the

8   additional pages sought by Plaintiffs.

9   I declare under penalty of perjury that the foregoing is true and correct.

10  Executed on: September 17, 2023

11                                        /s/*Ross M. Good*

DECLARATION OF ROSS GOOD IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION

1