UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. <br><br> Defendants. | CASE NO. 3:23-cv-00287-AMO <br><br> **[PROPOSED] ORDER** |

Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs"), Administrative Motion requesting Plaintiffs be provided an additional 5 pages for their Response in Opposition to Defendants' Motion to Dismiss (ECF No. 54) is GRANTED.

**IT IS SO ORDERED**

_____          _____
DATE                                                                       ARACELI MARTÍNEZ-OLGUÍN
                                                                                     United States District Judge