PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 North Sepulveda Boulevard
Manhattan Beach, CA 90266
Phone: (310) 363-2031
*Attorneys for Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC. and PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPIEGEL ACCOUNTANCY CORP., JEFFREY SPIEGEL, RYAN SPIEGEL and SAC ADVISORY GROUP, LLC,<br><br>  Defendants. | CASE NO. 23-cv-00287-AMO<br><br>DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION<br><br>Judge:       Hon. Araceli Martínez-Olguín<br>Courtroom:   10<br><br>Action Filed:  January 19, 2023<br>Trial Date:    Not Set |

Defendants Spiegel Accountancy Corporation, Jeffrey Spiegel, Ryan Spiegel and SAC Advisory Group, LLC ("Defendants") respectfully submit this Opposition to the Administrative Motion of Plaintiffs Ellusionist Cash Balance Plan and Trust, *et al.* ("Plaintiffs"), wherein Plaintiffs request additional pages for their Opposition to Defendants' Motion to Dismiss.

First, Plaintiffs state in their Administrative Motion that the Defendants filed a "24 page brief" in support of their Motion to Dismiss.  ECF 56, Page 1, Line 13.  In fact, the Defendants' brief is **22 pages**, 3 pages under the limit. ECF 54.  (Page 23 of Defendants' brief contains only the signature block.)

Second, the pending Motion to Dismiss is the third Motion to Dismiss filed in this action.  ECF 11, ECF 36, ECF 54.  The facts, issues, law and arguments raised in the pending Motion to Dismiss, to a large extent, are duplicative of those raised in the previous two Motions to Dismiss.

Respectfully, there is no basis for allowing additional pages.

Dated:  September 21, 2023

BALDWIN MADER LAW GROUP

By: _____
Patrick Baldwin, Esq.
Christopher Mader, Esq.
*Attorneys for Defendants*
*Spiegel Accountancy Corporation,*
*Jeffrey Spiegel, Ryan Spiegel*
*and SAC Advisory Group, LLC*