1  LOFTUS & EISENBERG, LTD.
2  ALEXANDER N. LOFTUS, ESQ. (admitted *pro hac vice*)
3  ROSS M. GOOD, ESQ. (admitted *pro hac vice*)
   161 N. Clark, Suite 1600
4  Chicago, Illinois 60601
   T: (312) 772-5396
5  alex@loftusandeisenberg.com
6  ross@loftusandeisenberg.com

7  ARON LAW FIRM
   WILLIAM ARON, ESQ. (#234408)
8  15 W Carrillo St, Suite 217
   Santa Barbara, California 93101
9  T: (805) 618-1768
   bill@aronlawfirm.com
10 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP.<br><br>Defendants. | CASE NO. 3:23-cv-00287-AMO<br><br>**DECLARATION OF ROSS GOOD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: February 15, 2024<br>Time: 2:00 p.m.<br>Courtroom: 10 — 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

DECLARATION OF ROSS GOOD

I, Ross M. Good, declare:

1. I am counsel for Plaintiffs and am admitted *pro hac vice* in this action.

2. I have personal knowledge of the following and could competently testify thereto if called upon to do so.

3. Attached hereto as Exhibit 1A is a true and correct copy of the pending Motion for Approval of the $9,000,000 settlement with JJMT Capital, LLC owners (1) Joseph Dealteris, (2) Jacob Wunderlin, and (3) Matthew Schweinzger.

4. Attached hereto as Exhibit 1B is a true and correct copy of the Proposed Order Approving the Settlement with JJMT Capital, LLC owners (1) Joseph Dealteris, (2) Jacob Wunderlin, and (3) Matthew Schweinzger.

5. Attached hereto as Exhibit 2A is a true and correct copy of Motion for Approval of the $3,850,000 settlement with JJMT Capital, LLC former owner Tyler Crookston.

6. Attached hereto as Exhibit 2B is a true and correct copy of the July 5, 2023 Order Approving Settlement with Tyler Crookston.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2023

                  /s/*Ross M. Good*

DECLARATION OF ROSS GOOD

1