LOFTUS & EISENBERG, LTD.
ALEXANDER N. LOFTUS, ESQ. (admitted *pro hac vice*)
ROSS M. GOOD, ESQ. (*pro hac vice*)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, California 93101
T: (805) 618-1768
bill@aronlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP.<br><br>Defendants. | CASE NO. 3:23-cv-00287-AMO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONVERT THE IN-PERSON HEARING ON MOTION TO DISMISS TO BE A ZOOM HEARING**<br><br>Date: February 15, 2024<br>Time: 2:00 p.m.<br>Courtroom: 10 — 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

1   Pursuant to Civil Local Rule 7-11, Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC (collectively, "Plaintiffs") move the Court to move the in-person hearing on JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants") Motion to Dismiss (ECF No. 55) scheduled for 2:00 PM on February 15, 2024 to be conducted via ZOOM. This Court stated that "[a]bsent agreement, requests to appear by video conference may be entertained upon a compelling showing of good cause."

Counsel for Plaintiffs and Defendants are based outside the Northern District of California. Plaintiffs' Counsel resides in Cook County, Illinois and Defendants counsel are based in Los Angeles County, California.

Counsel for Plaintiffs is engaged in a final pre-trial conference and a deposition on February 13, 2024, and an in person hearing in DuPage County Illinois on February 15, 2024. Attendance at this in-person hearing, which was rescheduled without input from the Parties, constitutes a showing of a good cause to grant the relief sought herein.

Moreover, the present motion is a 12(b)(6) dealing with several questions of law and is by its very nature not fact or document intensive.

Counsel for Defendants do not oppose the relief sought in this Administrative Motion.

Dated: February 6, 2024                     Respectfully submitted,

                                                      **LOFTUS & EISENBERG, LTD.**

                                                      By:   /s/*Ross M. Good*
                                                              Ross M. Good
                                                              Attorneys for Plaintiffs

Ross M. Good, Esq. (to be admitted *pro hac vice*)
Alexander N. Loftus, Esq. (admitted *pro hac vice*)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601



1  T: (312) 899-6625
   alex@loftusandeisenberg.com
2  ross@loftusandeisenberg.com
3
   William Aron, Esq.
4  ARON LAW FIRM
   15 W Carrillo St, Suite 217
5  Santa Barbara, CA 93101
   T: (805) 618-1768
6  bill@aronlawfirm.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs' Administrative Motion to Covert Hearing to be
Conducted via ZOOM
                              2                      

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2024.

By:    /s/*Ross M. Good*
       Ross M. Good
       Attorneys for Plaintiffs

Ross M. Good, Esq.
Alexander Loftus, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
ross@loftusandeisenberg.com
alex@loftusandeisenberg.com