1

2

3

4

5

6

LOFTUS & EISENBERG, LTD.
ALEXANDER N. LOFTUS, ESQ.
(admitted *pro hac vice*)
ROSS M. GOOD, ESQ. (*pro hac vice*)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

PATRICK BALDWIN, ESQ. (SBN 93337)
CHRISTOPHER MADER, ESQ. (SBN 199605)
BALDWIN MADER LAW GROUP
516 NORTH SEPULVEDA BOULEVARD
MANHATTAN BEACH, CA 90266
PHONE: (310) 363-2031
*Attorneys for Defendants*

7

8

9

10

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, California 93101
T: (805) 618-1768
bill@aronlawfirm.com
*Attorneys for Plaintiffs*

11

12

13

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

14

15

16

17

ELLUSIONIST CASH BALANCE PLAN
AND TRUST, UYEN HUHYN,
SOUTHWEST INVESTMENTS FUNDS,
LLC, AVR GROUP, LLC, TRIDENT ASSET
MANAGEMENT, INC., PHOENIX
AFFORDABLE HOUSING AUTHORITY,
LLC,

CASE NO. 3:23-cv-00287-AMO

**STIPULATION AND [PROPOSED]
ORDER**

18

19

Plaintiffs,

20

v.

21

22

23

JEFFREY SPIEGEL, RYAN SPIEGEL, SAC
ADVISORY GROUP, LLC, and SPIEGEL
ACCOUNTANCY CORP.

Defendants.

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-12, Plaintiffs, ELLUSIONIST CASH BALANCE PLAN

2    AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP,

3    LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING

4    AUTHORITY, LLC (collectively, "Plaintiffs"), and  Defendants, JEFFREY SPIEGEL, RYAN

5    SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP.

6    (collectively "Defendants"), request the Court to move the in-person hearing on Motion to

7    Dismiss (ECF No. 55) scheduled for 2:00 PM on February 15, 2024 to be conducted via ZOOM.

8

9    NOW, THEREFORE, Plaintiffs and Defendants stipulate and respectfully request the Court to

10   move the in-person hearing on Motion to Dismiss (ECF No. 36) scheduled for 2:00 PM on

11   February 15, 2024 (ECF No. 55) to be conducted via ZOOM

12

13   Dated:  February 6, 2024                              Respectfully submitted,

14

| /s/*Christopher Mader* | /s/*Ross M. Good* |
|---|---|
| Christopher Mader | Ross M. Good |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| | |
| PATRICK BALDWIN, ESQ. (SBN 93337) | Ross M. Good, Esq. (admitted *pro hac vice*) |
| CHRISTOPHER MADER, ESQ. (SBN 199605) | Alexander N. Loftus, Esq. (admitted *pro hac vice*) |
| BALDWIN MADER LAW GROUP | LOFTUS & EISENBERG, LTD. |
| 516 NORTH SEPULVEDA BOULEVARD | 161 N. Clark, Suite 1600 |
| MANHATTAN BEACH, CA 90266 | Chicago, Illinois 60601 |
| PHONE: (310) 363-2031 | T: (312) 899-6625 |
| | alex@loftusandeisenberg.com |
| | ross@loftusandeisenberg.com |
| | |
| | William Aron, Esq. |
| | ARON LAW FIRM |
| | 15 W Carrillo St, Suite 217 |
| | Santa Barbara, CA 93101 |
| | T: (805) 618-1768 |
| | bill@aronlawfirm.com |

1

## **FILER'S ATTESTATION**

2   I, Ross M. Good, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the

3   concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed

4   document.

5
                                                       _____/s/*Ross M. Good*_____
6                                                      Ross M. Good
                                                       Attorneys for Plaintiffs
7
                                                       Ross M. Good, Esq. (admitted *pro hac vice*)
8                                                      Alexander N. Loftus, Esq. (admitted *pro hac
                                                       vice*)
9                                                      LOFTUS & EISENBERG, LTD.
                                                       161 N. Clark, Suite 1600
10                                                     Chicago, Illinois 60601
                                                       T: (312) 899-6625
11                                                     alex@loftusandeisenberg.com
                                                       ross@loftusandeisenberg.com
12
                                                       William Aron, Esq.
13                                                     ARON LAW FIRM
                                                       15 W Carrillo St, Suite 217
14                                                     Santa Barbara, CA 93101
                                                       T: (805) 618-1768
15                                                     bill@aronlawfirm.com

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

3

4

5

6

7

ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN, SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC,

CASE NO. 3:23-cv-00287-AMO

**[PROPOSED] ORDER**

8

9

Plaintiffs,

10

v.

11

12

JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP, LLC, and SPIEGEL ACCOUNTANCY CORP.

13

Defendants.

14      Plaintiffs, ELLUSIONIST CASH BALANCE PLAN AND TRUST, UYEN HUHYN,

15  SOUTHWEST INVESTMENTS FUNDS, LLC, AVR GROUP, LLC, TRIDENT ASSET

16  MANAGEMENT, INC., PHOENIX AFFORDABLE HOUSING AUTHORITY, LLC

17  (collectively, "Plaintiffs"), Administrative Motion requesting the Court to move the in-person

18  hearing on Defendants', JEFFREY SPIEGEL, RYAN SPIEGEL, SAC ADVISORY GROUP,

19  LLC, and SPIEGEL ACCOUNTANCY CORP. (collectively "Defendants"), Motion to Dismiss

20  (ECF No. 36) scheduled for 2:00 PM on February 15, 2024 (ECF No. 55) to be conducted via

21  ZOOM is GRANTED.

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

24

25
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

26

27

28