UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPIEGEL ACCOUNTANCY CORP., et al.,<br><br>Defendants. | Case No. 23-cv-00287-AMO<br><br>**ORDER REQUIRING STATEMENT CHART, VACATING MOTION HEARING, DENYING AS MOOT REQUEST TO APPEAR REMOTELY** |

Defendants' motion to dismiss Plaintiffs' second amended complaint is currently set for hearing on February 15, 2024. ECF 55. To aid the Court's consideration of the motion, the Court ORDERS Plaintiffs to submit a chart adhering to the requirements set forth below.

Plaintiffs' chart shall set forth the following information: (a) each statement alleged to have been false or misleading; (b) the speaker, date, and medium by which the statement was made; (c) the reason(s) the statement was false or misleading when made; and (d) the facts alleged to show that defendant(s) knew the statement false and/or misleading.

The chart should clearly identify, by citation to the operative complaint, which statements or omissions are attributable to which defendants, and for each such defendant, the facts alleged which give rise to a strong inference that the defendant acted with the required state of mind at the relevant time. The chart must strictly track the allegations in the operative complaint and may not include any new or supplemental information or explanation. The chart shall be organized in the following format:

//

//

//

| Statement No. | ¶ | The Speaker(s), Date(s), and Medium | False or Misleading Statements | Reasons Statements Were False or Misleading When Made[1] | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|---|
| 1. | ¶ 10 | When: [date] Where: [e.g. Press release] Speakers: [e.g. CEO] | [Direct quotation of the alleged false or misleading statement.] | [Summarize arguments on falsity with specific references to paragraphs in the complaint.] | [Summarize arguments on scienter with specific references to paragraphs in the complaint.] |

Plaintiffs shall file the chart by no later than February 16, 2024 and email a word version to amopo@cand.uscourts.gov immediately after filing.

The Court VACATES the hearing currently set for February 15, 2024 and DENIES AS MOOT the parties' pending administrative motion to appear at that hearing by Zoom. The Court will determine whether to re-set the hearing following receipt and review of Plaintiffs' forthcoming submission.

**IT IS SO ORDERED.**

Dated: February 7, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Court**

---

[1] "[I]f an allegation regarding the statement or omission is made on information and belief, the complaint shall state with particularity all facts on which that belief is formed." *See* 15 U.S.C. § 78u-4(b)(1)).