UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPIEGEL ACCOUNTANCY CORP., et al.,<br><br>    Defendants. | Case No. 23-cv-00287-AMO<br><br>**ORDER STRIKING STATEMENT CHART, TERMINATING MOTION FOR LEAVE TO FILE OBJECTION**<br><br>Re: Dkt. Nos. 63, 64 |

In connection with the pending motion to dismiss, the Court directed Plaintiffs to file a chart listing the statements on which they base their claims and providing additional information that "strictly track[ed] the allegations in the operative complaint." ECF 62. After Plaintiffs filed the chart, ECF 63, Defendants moved for leave to file an objection, ECF 64.

In light of the motion for leave to file an objection, the Court STRIKES the current version of Plaintiffs' chart, ECF 63, TERMINATES the motion for leave to file an objection, and INSTRUCTS the parties as follows:

The parties shall jointly prepare a chart providing the following information. Plaintiffs shall identify (a) each statement alleged to have been false or misleading; (b) the speaker, date, and medium by which the statement was made; (c) the reason(s) the statement was false or misleading when made; and (d) the facts alleged to show that defendant(s) knew the statement false and/or misleading.

Plaintiffs must clearly identify, by citation to the operative complaint, which statements or omissions are attributable to which defendants, and for each such defendant, the facts alleged which give rise to a strong inference that the defendant acted with the required state of mind at the relevant time. The chart must strictly track the allegations in the operative complaint and may not

include any new or supplemental information or explanation.

Defendants shall identify the ground(s) on which they attack each statement, with citations to the corresponding briefing. The chart shall be organized in the following format:

| Statement No. | ¶ | The Speaker(s), Date(s), and Medium | False or Misleading Statements | Reasons Statements Were False or Misleading When Made[1] | Facts Giving Rise to a Strong Inference of Scienter | Basis for Dismissal |
|---|---|---|---|---|---|---|
| 1. | ¶ 10 | When: [date] Where: [e.g. Press release] Speakers: [e.g. CEO] | [Direct quotation of the alleged false or misleading statement.] | [Summarize arguments on falsity with specific references to paragraphs in the complaint.] | [Summarize arguments on scienter with specific references to paragraphs in the complaint.] | [E.g., Outside statute of repose. *See* Mot. at 8.] |

Plaintiffs shall file the chart by no later than April 12, 2024 and email a word version to amopo@cand.uscourts.gov immediately after filing.

The parties are reminded that the purpose of the chart is to aid the Court's consideration of the pending motion to dismiss, not to afford the parties an opportunity to evade the page limits for the briefs already on file, to rehash arguments already set forth in the papers, or to introduce material not already in the record. If the parties are unable to comply with the Court's instructions, the Court may strike the parties' forthcoming submission in whole or in part.

**IT IS SO ORDERED.**

Dated: March 12, 2024

                                            **ARACELI MARTÍNEZ-OLGUÍN**
                                            **United States District Judge**

---

[1] "[I]f an allegation regarding the statement or omission is made on information and belief, the complaint shall state with particularity all facts on which that belief is formed." *See* 15 U.S.C. § 78u-4(b)(1)).