UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLUSIONIST CASH BALANCE PLAN AND TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPIEGEL ACCOUNTANCY CORP., et al., <br><br> Defendants. | Case No. 23-cv-00287-AMO <br><br> **JUDGMENT** |

Judgment is entered in accordance with the order on Defendants' motion to dismiss. *See* ECF 67. The Clerk is directed to close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 24, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**